# AT&T ILLINOIS
## FLSA CONSENT FORM
### (To Be Filed With The Court)

I (print name), _Michael Edwards_ am a current or former employee of Illinois Bell Telephone Company, d/b/a AT&T Illinois (the "Defendant"). I believe I am entitled to additional wages for the unpaid hours I have worked for the Defendant. I wish to be a party in the pay claims being asserted by current or former employees of the Defendant against the Defendant and related parties and entities. I hereby give my consent to my attorneys, Aaron B. Maduff, Michael L. Maduff and Walker R. Lawrence of the law firm of Maduff & Maduff, LLC, or such other persons or entities as they may designate, to bring suit against the Defendant on my behalf under the Fair Labor Standards Act in this action and in any other or subsequent actions they may deem necessary or advisable.

_____          7 - 24 - 2011
Client's Signature                                      Date

# AT&T ILLINOIS
## FLSA CONSENT FORM
### (To Be Filed With The Court)

I (print name), **Keith L. Jones Sr**, am a current or former employee of Illinois Bell Telephone Company, d/b/a AT&T Illinois (the "Defendant"). I believe I am entitled to additional wages for the unpaid hours I have worked for the Defendant. I wish to be a party in the pay claims being asserted by current or former employees of the Defendant against the Defendant and related parties and entities. I hereby give my consent to my attorneys, Aaron B. Maduff, Michael L. Maduff and Walker R. Lawrence of the law firm of Maduff & Maduff, LLC, or such other persons or entities as they may designate, to bring suit against the Defendant on my behalf under the Fair Labor Standards Act in this action and in any other or subsequent actions they may deem necessary or advisable.

_____                    7-23-11
Client's Signature                          Date

## AT&T ILLINOIS
## FLSA CONSENT FORM
### (To Be Filed With The Court)

I (print name), _Raymond Jackson_, am a current or former employee of Illinois Bell Telephone Company, d/b/a AT&T Illinois (the "Defendant"). I believe I am entitled to additional wages for the unpaid hours I have worked for the Defendant. I wish to be a party in the pay claims being asserted by current or former employees of the Defendant against the Defendant and related parties and entities. I hereby give my consent to my attorneys, Aaron B. Maduff, Michael L. Maduff and Walker R. Lawrence of the law firm of Maduff & Maduff, LLC, or such other persons or entities as they may designate, to bring suit against the Defendant on my behalf under the Fair Labor Standards Act in this action and in any other or subsequent actions they may deem necessary or advisable.

_____     _____
Client's Signature                              Date

**AT&T ILLINOIS**
**FLSA CONSENT FORM**
**(To Be Filed With The Court)**

I (print name), _Keith L. Johnson_, am a current or former employee of Illinois Bell Telephone Company, d/b/a AT&T Illinois (the "Defendant"). I believe I am entitled to additional wages for the unpaid hours I have worked for the Defendant. I wish to be a party in the pay claims being asserted by current or former employees of the Defendant against the Defendant and related parties and entities. I hereby give my consent to my attorneys, Aaron B. Maduff, Michael L. Maduff and Walker R. Lawrence of the law firm of Maduff & Maduff, LLC, or such other persons or entities as they may designate, to bring suit against the Defendant on my behalf under the Fair Labor Standards Act in this action and in any other or subsequent actions they may deem necessary or advisable.

_____
Client's Signature

_____7·23·2011_____
Date

**AT&T ILLINOIS**
**FLSA CONSENT FORM**
**(To Be Filed With The Court)**

I (print name), _Jesse LOV_, am a current or former employee of Illinois Bell Telephone Company, d/b/a AT&T Illinois (the "Defendant"). I believe I am entitled to additional wages for the unpaid hours I have worked for the Defendant. I wish to be a party in the pay claims being asserted by current or former employees of the Defendant against the Defendant and related parties and entities. I hereby give my consent to my attorneys, Aaron B. Maduff, Michael L. Maduff and Walker R. Lawrence of the law firm of Maduff & Maduff, LLC, or such other persons or entities as they may designate, to bring suit against the Defendant on my behalf under the Fair Labor Standards Act in this action and in any other or subsequent actions they may deem necessary or advisable.

_Jesse J. Rowe_
Client's Signature

_July 23, 2011_
Date

# AT&T ILLINOIS
## FLSA CONSENT FORM
### (To Be Filed With The Court)

I (print name), _MELVIN B. GARDNER_, am a current or former employee of Illinois Bell Telephone Company, d/b/a AT&T Illinois (the "Defendant"). I believe I am entitled to additional wages for the unpaid hours I have worked for the Defendant. I wish to be a party in the pay claims being asserted by current or former employees of the Defendant against the Defendant and related parties and entities. I hereby give my consent to my attorneys, Aaron B. Maduff, Michael L. Maduff and Walker R. Lawrence of the law firm of Maduff & Maduff, LLC, or such other persons or entities as they may designate, to bring suit against the Defendant on my behalf under the Fair Labor Standards Act in this action and in any other or subsequent actions they may deem necessary or advisable.

_____          _____
Client's Signature                                      Date

**AT&T ILLINOIS**
**FLSA CONSENT FORM**
**(To Be Filed With The Court)**

I (print name), _Melanie Ceraham_, am a current or former employee of Illinois Bell Telephone Company, d/b/a AT&T Illinois (the "Defendant"). I believe.I am entitled to additional wages for the unpaid hours I have worked for the Defendant. I wish to be a party in the pay claims being asserted by current or former employees of the Defendant against the Defendant and related parties and entities. I hereby give my consent to my attorneys, Aaron B. Maduff, Michael L. Maduff and Walker R. Lawrence of the law firm of Maduff & Maduff, LLC, or such other persons or entities as they may designate, to bring suit against the Defendant on my behalf under the Fair Labor Standards Act in this action and in any other or subsequent actions they may deem necessary or advisable.

_Melanie Graham_
Client's Signature

_July 25, 2011_
Date

**AT&T ILLINOIS**
**FLSA CONSENT FORM**
**(To Be Filed With The Court)**

I (print name), Daniel T Hardy, am a current or former employee of Illinois Bell Telephone Company, d/b/a AT&T Illinois (the "Defendant"). I believe I am entitled to additional wages for the unpaid hours I have worked for the Defendant. I wish to be a party in the pay claims being asserted by current or former employees of the Defendant against the Defendant and related parties and entities. I hereby give my consent to my attorneys, Aaron B. Maduff, Michael L. Maduff and Walker R. Lawrence of the law firm of Maduff & Maduff, LLC, or such other persons or entities as they may designate, to bring suit against the Defendant on my behalf under the Fair Labor Standards Act in this action and in any other or subsequent actions they may deem necessary or advisable.

_____
Client's Signature

7-23-11
Date

**AT&T ILLINOIS**
**FLSA CONSENT FORM**
**(To Be Filed With The Court)**

I (print name), Darrell Hudson , am a current or former employee of Illinois Bell Telephone Company, d/b/a AT&T Illinois (the "Defendant"). I believe I am entitled to additional wages for the unpaid hours I have worked for the Defendant. I wish to be a party in the pay claims being asserted by current or former employees of the Defendant against the Defendant and related parties and entities. I hereby give my consent to my attorneys, Aaron B. Maduff, Michael L. Maduff and Walker R. Lawrence of the law firm of Maduff & Maduff, LLC, or such other persons or entities as they may designate, to bring suit against the Defendant on my behalf under the Fair Labor Standards Act in this action and in any other or subsequent actions they may deem necessary or advisable.

_____        _____
Client's Signature                                              Date

# AT&T ILLINOIS
## FLSA CONSENT FORM
### (To Be Filed With The Court)

I (print name), _Michael Perkins_ , am a current or former employee of Illinois Bell Telephone Company, d/b/a AT&T Illinois (the "Defendant"). I believe I am entitled to additional wages for the unpaid hours I have worked for the Defendant. I wish to be a party in the pay claims being asserted by current or former employees of the Defendant against the Defendant and related parties and entities. I hereby give my consent to my attorneys, Aaron B. Maduff, Michael L. Maduff and Walker R. Lawrence of the law firm of Maduff & Maduff, LLC, or such other persons or entities as they may designate, to bring suit against the Defendant on my behalf under the Fair Labor Standards Act in this action and in any other or subsequent actions they may deem necessary or advisable.

_Michael M Perkins_
Client's Signature

_7/25/11_
Date

## AT&T ILLINOIS
## FLSA CONSENT FORM
### (To Be Filed With The Court)

I (print name), _Kardell Perry_ , am a current or former employee of Illinois Bell Telephone Company, d/b/a AT&T Illinois (the "Defendant"). I believe I am entitled to additional wages for the unpaid hours I have worked for the Defendant. I wish to be a party in the pay claims being asserted by current or former employees of the Defendant against the Defendant and related parties and entities. I hereby give my consent to my attorneys, Aaron B. Maduff, Michael L. Maduff and Walker R. Lawrence of the law firm of Maduff & Maduff, LLC, or such other persons or entities as they may designate, to bring suit against the Defendant on my behalf under the Fair Labor Standards Act in this action and in any other or subsequent actions they may deem necessary or advisable.


_Kardell Perry_
Client's Signature

_7-24-2011_
Date

# AT&T ILLINOIS
## FLSA CONSENT FORM
### (To Be Filed With The Court)

I (print name), *Charles Scott*, am a current or former employee of Illinois Bell Telephone Company, d/b/a AT&T Illinois (the "Defendant"). I believe I am entitled to additional wages for the unpaid hours I have worked for the Defendant. I wish to be a party in the pay claims being asserted by current or former employees of the Defendant against the Defendant and related parties and entities. I hereby give my consent to my attorneys, Aaron B. Maduff, Michael L. Maduff and Walker R. Lawrence of the law firm of Maduff & Maduff, LLC, or such other persons or entities as they may designate, to bring suit against the Defendant on my behalf under the Fair Labor Standards Act in this action and in any other or subsequent actions they may deem necessary or advisable.

_____       7-25-11
Client's Signature                Date

# AT&T ILLINOIS
## FLSA CONSENT FORM
### (To Be Filed With The Court)

I (print name), *Nathaniel Thompson* am a current or former employee of Illinois Bell Telephone Company, d/b/a AT&T Illinois (the "Defendant"). I believe I am entitled to additional wages for the unpaid hours I have worked for the Defendant. I wish to be a party in the pay claims being asserted by current or former employees of the Defendant against the Defendant and related parties and entities. I hereby give my consent to my attorneys, Aaron B. Maduff, Michael L. Maduff and Walker R. Lawrence of the law firm of Maduff & Maduff, LLC, or such other persons or entities as they may designate, to bring suit against the Defendant on my behalf under the Fair Labor Standards Act in this action and in any other or subsequent actions they may deem necessary or advisable.


*Nathaniel Thompson*
_____
Client's Signature

*7/23/2001*
_____
Date

# AT&T ILLINOIS
# FLSA CONSENT FORM
### (To Be Filed With The Court)

I (print name), _Tony C WRIGHT,_ am a current or former employee of Illinois Bell Telephone Company, d/b/a AT&T Illinois (the "Defendant"). I believe I am entitled to additional wages for the unpaid hours I have worked for the Defendant. I wish to be a party in the pay claims being asserted by current or former employees of the Defendant against the Defendant and related parties and entities. I hereby give my consent to my attorneys, Aaron B. Maduff, Michael L. Maduff and Walker R. Lawrence of the law firm of Maduff & Maduff, LLC, or such other persons or entities as they may designate, to bring suit against the Defendant on my behalf under the Fair Labor Standards Act in this action and in any other or subsequent actions they may deem necessary or advisable.

_____
Client's Signature

_____
Date

**AT&T ILLINOIS**
**FLSA CONSENT FORM**
**(To Be Filed With The Court)**

I (print name), _MARCUS CONIVER_, am a current or former employee of Illinois Bell Telephone Company, d/b/a AT&T Illinois (the "Defendant"). I believe I am entitled to additional wages for the unpaid hours I have worked for the Defendant. I wish to be a party in the pay claims being asserted by current or former employees of the Defendant against the Defendant and related parties and entities. I hereby give my consent to my attorneys, Aaron B. Maduff, Michael L. Maduff and Walker R. Lawrence of the law firm of Maduff & Maduff, LLC, or such other persons or entities as they may designate, to bring suit against the Defendant on my behalf under the Fair Labor Standards Act in this action and in any other or subsequent actions they may deem necessary or advisable.

_____         _____
Client's Signature                                          Date

# AT&T ILLINOIS
## FLSA CONSENT FORM
### (To Be Filed With The Court)

I (print name), _Mike Schmelter_, am a current or former employee of Illinois Bell Telephone Company, d/b/a AT&T Illinois (the "Defendant"). I believe I am entitled to additional wages for the unpaid hours I have worked for the Defendant. I wish to be a party in the pay claims being asserted by current or former employees of the Defendant against the Defendant and related parties and entities. I hereby give my consent to my attorneys, Aaron B. Maduff, Michael L. Maduff and Walker R. Lawrence of the law firm of Maduff & Maduff, LLC, or such other persons or entities as they may designate, to bring suit against the Defendant on my behalf under the Fair Labor Standards Act in this action and in any other or subsequent actions they may deem necessary or advisable.

_____
Client's Signature

_____
7/25/11
Date

# AT&T ILLINOIS
# FLSA CONSENT FORM
### (To Be Filed With The Court)

I (print name), _Timothy Muhammad_ am a current or former employee of

Illinois Bell Telephone Company, d/b/a AT&T Illinois (the "Defendant"). I believe I am entitled

to additional wages for the unpaid hours I have worked for the Defendant. I wish to be a party in

the pay claims being asserted by current or former employees of the Defendant against the

Defendant and related parties and entities. I hereby give my consent to my attorneys, Aaron B.

Maduff, Michael L. Maduff and Walker R. Lawrence of the law firm of Maduff & Maduff, LLC,

or such other persons or entities as they may designate, to bring suit against the Defendant on my

behalf under the Fair Labor Standards Act in this action and in any other or subsequent actions

they may deem necessary or advisable.


_____                    _____
Client's Signature                                         July 28th 2011
                                                                   Date

# AT&T ILLINOIS
# FLSA CONSENT FORM
## (To Be Filed With The Court)

I (print name), _Joseph Dutton_ , am a current or former employee of Illinois Bell Telephone Company, d/b/a AT&T Illinois (the "Defendant"). I believe I am entitled to additional wages for the unpaid hours I have worked for the Defendant. I wish to be a party in the pay claims being asserted by current or former employees of the Defendant against the Defendant and related parties and entities. I hereby give my consent to my attorneys, Aaron B. Maduff, Michael L. Maduff and Walker R. Lawrence of the law firm of Maduff & Maduff, LLC, or such other persons or entities as they may designate, to bring suit against the Defendant on my behalf under the Fair Labor Standards Act in this action and in any other or subsequent actions they may deem necessary or advisable.

_____          _7/26/11_____
Client's Signature                              Date

## AT&T ILLINOIS
## FLSA CONSENT FORM
### (To Be Filed With The Court)

I (print name), _Robert L. House, Jr_, am a current or former employee of Illinois Bell Telephone Company, d/b/a AT&T Illinois (the "Defendant"). I believe I am entitled to additional wages for the unpaid hours I have worked for the Defendant. I wish to be a party in the pay claims being asserted by current or former employees of the Defendant against the Defendant and related parties and entities. I hereby give my consent to my attorneys, Aaron B. Maduff, Michael L. Maduff and Walker R. Lawrence of the law firm of Maduff & Maduff, LLC, or such other persons or entities as they may designate, to bring suit against the Defendant on my behalf under the Fair Labor Standards Act in this action and in any other or subsequent actions they may deem necessary or advisable.

_____
Client's Signature

_5 Aug 11_
_____
Date

# AT&T ILLINOIS
## FLSA CONSENT FORM
### (To Be Filed With The Court)

I (print name), _Yovel Sullivan_, am a current or former employee of Illinois Bell Telephone Company, d/b/a AT&T Illinois (the "Defendant"). I believe I am entitled to additional wages for the unpaid hours I have worked for the Defendant. I wish to be a party in the pay claims being asserted by current or former employees of the Defendant against the Defendant and related parties and entities. I hereby give my consent to my attorneys, Aaron B. Maduff, Michael L. Maduff and Walker R. Lawrence of the law firm of Maduff & Maduff, LLC, or such other persons or entities as they may designate, to bring suit against the Defendant on my behalf under the Fair Labor Standards Act in this action and in any other or subsequent actions they may deem necessary or advisable.


_____          _8-10-2011_____
Client's Signature                                          Date

**AT&T ILLINOIS**
**FLSA CONSENT FORM**
**(To Be Filed With The Court)**

I (print name), _BYRON YOUNG_, am a current or former employee of Illinois Bell Telephone Company, d/b/a AT&T Illinois (the "Defendant"). I believe I am entitled to additional wages for the unpaid hours I have worked for the Defendant. I wish to be a party in the pay claims being asserted by current or former employees of the Defendant against the Defendant and related parties and entities. I hereby give my consent to my attorneys, Aaron B. Maduff, Michael L. Maduff and Walker R. Lawrence of the law firm of Maduff & Maduff, LLC, or such other persons or entities as they may designate, to bring suit against the Defendant on my behalf under the Fair Labor Standards Act in this action and in any other or subsequent actions they may deem necessary or advisable.

_____
Client's Signature

_____
Date

# AT&T ILLINOIS
# FLSA CONSENT FORM
## (To Be Filed With The Court)

I Elon Larkin, am a current or former employee of Illinois Bell Telephone Company, d/b/a AT&T Illinois (the "Defendant"). I believe I am entitled to additional wages for the unpaid hours I have worked for the Defendant. I wish to be a party in the pay claims being asserted by current or former employees of the Defendant against the Defendant and related parties and entities. I hereby give my consent to my attorneys, Aaron B. Maduff, Michael L. Maduff and Walker R. Lawrence of the law firm of Maduff & Maduff, LLC, or such other persons or entities as they may designate, to bring suit against the Defendant on my behalf under the Fair Labor Standards Act in this action and in any other or subsequent actions they may deem necessary or advisable.

Client's Signature _____     Date          August 17, 2011

## AT&T ILLINOIS
## FLSA CONSENT FORM
### (To Be Filed With The Court)

I (print name), *RonAlD MAlKowski* am a current or former employee of Illinois Bell Telephone Company, d/b/a AT&T Illinois (the "Defendant"). I believe I am entitled to additional wages for the unpaid hours I have worked for the Defendant. I wish to be a party in the pay claims being asserted by current or former employees of the Defendant against the Defendant and related parties and entities. I hereby give my consent to my attorneys, Aaron B. Maduff, Michael L. Maduff and Walker R. Lawrence of the law firm of Maduff & Maduff, LLC, or such other persons or entities as they may designate, to bring suit against the Defendant on my behalf under the Fair Labor Standards Act in this action and in any other or subsequent actions they may deem necessary or advisable.

_____     8-18-11
Client's Signature                           Date

**AT&T ILLINOIS**
**FLSA CONSENT FORM**
**(To Be Filed With The Court)**

I (print name), _James L Miller_, am a current or former employee of Illinois Bell Telephone Company, d/b/a AT&T Illinois (the "Defendant"). I believe I am entitled to additional wages for the unpaid hours I have worked for the Defendant. I wish to be a party in the pay claims being asserted by current or former employees of the Defendant against the Defendant and related parties and entities. I hereby give my consent to my attorneys, Aaron B. Maduff, Michael L. Maduff and Walker R. Lawrence of the law firm of Maduff & Maduff, LLC, or such other persons or entities as they may designate, to bring suit against the Defendant on my behalf under the Fair Labor Standards Act in this action and in any other or subsequent actions they may deem necessary or advisable.

_____          _8 – 24 – 11_
Client's Signature                             Date

# AT&T ILLINOIS
## FLSA CONSENT FORM
### (To Be Filed With The Court)

I (print name), _Kevin Johnson,_ am a current or former employee of Illinois Bell Telephone Company, d/b/a AT&T Illinois (the "Defendant"). I believe I am entitled to additional wages for the unpaid hours I have worked for the Defendant. I wish to be a party in the pay claims being asserted by current or former employees of the Defendant against the Defendant and related parties and entities. I hereby give my consent to my attorneys, Aaron B. Maduff, Michael L. Maduff and Walker R. Lawrence of the law firm of Maduff & Maduff, LLC, or such other persons or entities as they may designate, to bring suit against the Defendant on my behalf under the Fair Labor Standards Act in this action and in any other or subsequent actions they may deem necessary or advisable.

_Kevin Johnson_
Client's Signature

_7-27-11_
Date

# AT&T ILLINOIS
## FLSA CONSENT FORM
### (To Be Filed With The Court)

I (print name), _Antonio Tinoco_ , am a current or former employee of

Illinois Bell Telephone Company, d/b/a AT&T Illinois (the "Defendant"). I believe I am entitled

to additional wages for the unpaid hours I have worked for the Defendant. I wish to be a party in

the pay claims being asserted by current or former employees of the Defendant against the

Defendant and related parties and entities. I hereby give my consent to my attorneys, Aaron B.

Maduff, Michael L. Maduff and Walker R. Lawrence of the law firm of Maduff & Maduff, LLC,

or such other persons or entities as they may designate, to bring suit against the Defendant on my

behalf under the Fair Labor Standards Act in this action and in any other or subsequent actions

they may deem necessary or advisable.

_____          _____
Client's Signature                                     Date

**AT&T ILLINOIS**
**FLSA CONSENT FORM**
**(To Be Filed With The Court)**

I (print name), _TorNELL WilliAMS_, am a current or former employee of Illinois Bell Telephone Company, d/b/a AT&T Illinois (the "Defendant"). I believe I am entitled to additional wages for the unpaid hours I have worked for the Defendant. I wish to be a party in the pay claims being asserted by current or former employees of the Defendant against the Defendant and related parties and entities. I hereby give my consent to my attorneys, Aaron B. Maduff, Michael L. Maduff and Walker R. Lawrence of the law firm of Maduff & Maduff, LLC, or such other persons or entities as they may designate, to bring suit against the Defendant on my behalf under the Fair Labor Standards Act in this action and in any other or subsequent actions they may deem necessary or advisable.

_Tornell Williams_
Client's Signature

_7·22·11_
Date

**AT&T ILLINOIS**
**FLSA CONSENT FORM**
**(To Be Filed With The Court)**

I (print name) *Christopher Kirkland* am a current or former employee of

Illinois Bell Telephone Company, d/b/a AT&T Illinois (the "Defendant"). I believe I am entitled

to additional wages for the unpaid hours I have worked for the Defendant. I wish to be a party in

the pay claims being asserted by current or former employees of the Defendant against the

Defendant and related parties and entities. I hereby give my consent to my attorneys, Aaron B.

Maduff, Michael L. Maduff and Walker R. Lawrence of the law firm of Maduff & Maduff, LLC,

or such other persons or entities as they may designate, to bring suit against the Defendant on my

behalf under the Fair Labor Standards Act in this action and in any other or subsequent actions

they may deem necessary or advisable.


_____          _____
Client's Signature                                              8-3-2011
                                                                          Date

**AT&T ILLINOIS**
**FLSA CONSENT FORM**
**(To Be Filed With The Court)**

I (print name), *TODD, BRUCE M.*, am a current or former employee of Illinois Bell Telephone Company, d/b/a AT&T Illinois (the "Defendant"). I believe I am entitled to additional wages for the unpaid hours I have worked for the Defendant. I wish to be a party in the pay claims being asserted by current or former employees of the Defendant against the Defendant and related parties and entities. I hereby give my consent to my attorneys, Aaron B. Maduff, Michael L. Maduff and Walker R. Lawrence of the law firm of Maduff & Maduff, LLC, or such other persons or entities as they may designate, to bring suit against the Defendant on my behalf under the Fair Labor Standards Act in this action and in any other or subsequent actions they may deem necessary or advisable.

_____          *JULY 26, 2011*
Client's Signature                                          Date

# AT&T ILLINOIS
# FLSA CONSENT FORM
## (To Be Filed With The Court)

I (print name), *Theodore Oliver*, am a current or former employee of Illinois Bell Telephone Company, d/b/a AT&T Illinois (the "Defendant"). I believe I am entitled to additional wages for the unpaid hours I have worked for the Defendant. I wish to be a party in the pay claims being asserted by current or former employees of the Defendant against the Defendant and related parties and entities. I hereby give my consent to my attorneys, Aaron B. Maduff, Michael L. Maduff and Walker R. Lawrence of the law firm of Maduff & Maduff, LLC, or such other persons or entities as they may designate, to bring suit against the Defendant on my behalf under the Fair Labor Standards Act in this action and in any other or subsequent actions they may deem necessary or advisable.


_____          _____
Client's Signature                                          Date

# AT&T ILLINOIS
## FLSA CONSENT FORM
### (To Be Filed With The Court)

I (print name), _Michael Crawford_ , am a current or former employee of

Illinois Bell Telephone Company, d/b/a AT&T Illinois (the "Defendant"). I believe I am entitled

to additional wages for the unpaid hours I have worked for the Defendant. I wish to be a party in

the pay claims being asserted by current or former employees of the Defendant against the

Defendant and related parties and entities. I hereby give my consent to my attorneys, Aaron B.

Maduff, Michael L. Maduff and Walker R. Lawrence of the law firm of Maduff & Maduff, LLC,

or such other persons or entities as they may designate, to bring suit against the Defendant on my

behalf under the Fair Labor Standards Act in this action and in any other or subsequent actions

they may deem necessary or advisable.

_Michael Crawford_        7/22/11

Client's Signature                  Date

**AT&T ILLINOIS**
**FLSA CONSENT FORM**
**(To Be Filed With The Court)**

I (print name), *Benny Alphonse*, am a current or former employee of Illinois Bell Telephone Company, d/b/a AT&T Illinois (the "Defendant"). I believe I am entitled to additional wages for the unpaid hours I have worked for the Defendant. I wish to be a party in the pay claims being asserted by current or former employees of the Defendant against the Defendant and related parties and entities. I hereby give my consent to my attorneys, Aaron B. Maduff, Michael L. Maduff and Walker R. Lawrence of the law firm of Maduff & Maduff, LLC, or such other persons or entities as they may designate, to bring suit against the Defendant on my behalf under the Fair Labor Standards Act in this action and in any other or subsequent actions they may deem necessary or advisable.


*Benny Alphonse*                           8-8-11
_____          _____
Client's Signature                          Date