**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| Tinoco *et al.*, | ) | |
| Plaintiffs, | ) | |
| vs. | ) | CASE NO. 14-cv-01456 |
| Illinois Bell Telephone Company d/b/a | ) | Magistrate Judge Grady |
| AT&T Illinois | ) | On Consent |
| Defendant. | ) | |
| | ) | |

**NOTICE OF FILING**

    Attached for filing in the above-styled matter (is/are) the FLSA Consent form(s) of Eric Dillahunty, William Sterk, Ramsey Haynes, David Bobbett, Jerome Brown, and James Tokaski.

Date: March 3, 2014

Respectfully Submitted,
Tinoco *et al.*

By/s/ Walker R. Lawrence
On of their Attorneys

Walker R. Lawrence
Atty. No. 6296405
Maduff & Maduff, LLC
Michigan Plaza At Illinois Center
205 N. Michigan Ave
Suite 2050
Phone: 312-276-9000

**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| Tinoco *et al.*, | ) | |
| Plaintiffs, | ) | |
| vs. | ) | CASE NO. 14-cv-01456 |
| Illinois Bell Telephone Company d/b/a | ) | Magistrate Judge Grady |
| AT&T Illinois | ) | On Consent |
| Defendant. | ) | |
| | ) | |

**CERTIFICATE OF SERVICE**

     By my signature below, I hereby certify that on Monday, March 03, 2014, I electronically filed the attached Notice Of Filing with the Clerk of the Court by using the CM/ECF System, which will send notice to counsel of record.

Date: March 3, 2014                       Respectfully Submitted,
                                                     Tinoco, *et al*.

                                                       By/s/ Walker R. Lawrence
Walker R. Lawrence                              On of their Attorneys
Atty. No. 6296405
Maduff & Maduff, LLC
Michigan Plaza At Illinois Center
205 N. Michigan Ave
Suite 2050
Phone: 312-276-9000