UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6,1
Eastern Division

Daryl Adkins, et al.
                                    Plaintiff,

v.                                                              Case No.: 1:14–cv–01456
                                                                Honorable Ruben Castillo

Illinois Bell Telephone Company
                                    Defendant.

NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, November 4, 2015:

    MINUTE entry before the Honorable Ruben Castillo:Motion hearing held on 11/4/2015. Plaintiff's motion to open case [164] is denied. Plaintiff's motion to enforce settlement agreement [164] is granted. Defendant is to provide Plaintiff with the proposed settlement and release agreement by 11/9/2015 and to provide Plaintiff with a proposed joint approval motion within one week of receiving Plaintiff's executed settlement and release agreement. The Court will hold a status hearing on 11/24/2015 at 9:45 a.m. Mailed notice(rao, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.